DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELENA ABRAMENKO,**
Appellant,

v.

**CF & A HILL FAMILY LTD.** d/b/a **TOWN HOLLYWOOD,**
Appellee.

No. 4D2025-2503

[June 11, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer Wigand Hilal, Judge; L.T. Case No. 062025CC049061AXXXCE.

Elena Abramenko, Hollywood, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***